FILED
OCT 27 2014
[signature] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case: 4:14-cr-40003-KES |
|---|---|
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| LARRY DEAN REDERICK, | |
| Defendant. | |

This court entered a preliminary order of forfeiture on July 30, 2014, ordering Larry Dean Rederick to forfeit certain property specified as: (1) Marlin, Model 17V .17 HMR caliber rifle serial number 97687272; and (2) Magazine containing nine (9) rounds of 7.62 x 39 ammunition.

Notice of the preliminary order of forfeiture was given by publication from August 9, 2014, through and including September 7, 2014. No timely claim has been filed. An agreement has been reached between the United States of America and Matthew Cameron as follows: following the date of completion of publication of the property, the sentencing of Larry Dean Rederick, and entry of a final order of forfeiture by the court, and assuming there are no other valid claims made to the property, the United States shall return to Matthew Cameron the Marlin, Model 17V .17 HMR caliber rifle serial number 97687272, provided Matthew Cameron and others residing in his residence, or any location where the property is stored, are not prohibited from possessing the firearm.

1

The court finds that Larry Dean Rederick had an interest in the other property, specifically the Marlin, Model 17V .17 HMR caliber rifle, serial number 97687272, that is subject to forfeiture pursuant to 18 U.S.C. § 924(d), and that the United States is ordered to return the same to him within a reasonable time after this order and in accordance with the Stipulation for Return of Property and Entry of Final Order of Forfeiture.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described magazine containing 9 rounds of 7.62 x 39 ammunition is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the magazine containing 9 rounds of 7.62 x 39 ammunition described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATE: October 27, 2014

BY THE COURT:

*Karen E. Schreier*
KAREN E. SCHREIER
District Judge